**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann, CA Bar No. 229832
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
cja@laborgators.com
Attorneys for Plaintiff Paul Wood and the Putative Class
*Additional Attorneys Listed on Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WOOD, individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br>v.<br><br>THE MARTIN-BROWER COMPANY, L.L.C.<br>                         Defendant. | CASE NO. 3:10-cv-03289-SI<br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE HIS FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Susan Illston (Courtroom 10)<br>[Complaint Filed: June 23, 2010 Alameda Sup. Ct. Case No. RG10521927]<br>[Case Removed:  July 27, 2010] |

**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
Melissa M. Harnett, CA Bar No. 164309
Jesse B. Levin, CA Bar No. 268047
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, CA 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 996-8266
mharnett@wccelaw.com

Attorneys for Plaintiff Paul Wood and the Putative Class

**MUNGER, TOLLES & OLSON LLP**
Katherine M. Forster
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
katherine.forster@mto.com

Attorneys for Defendant The Martin-Brower Company, L.L.C.

## ORDER

GOOD CAUSE APPEARING as set forth in the Parties' Joint Stipulation to grant Plaintiffs leave to file herewith his First Amended Class Action Complaint,

IT IS HEREBY ORDERED THAT:

1. Plaintiff be given leave to amend his Class Action Complaint and file separately herewith his First Amended Class Action Complaint.

**IT IS SO ORDERED.**

Dated, _____, 2010        _Susan Illston_ (signature)

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE