1
2
3
4
5
6
7
8 (Attorney Information Listed On Next Page)
9
10
11
12
13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WOOD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MARTIN-BROWER COMPANY, L.L.C.<br><br>Defendant. | CASE NO. 3:10-cv-03289-SI<br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER SETTING DATE FOR PRELIMINARY APPROVAL HEARING, SHORTENING NOTICE PERIOD, AND VACATING ALL OUTSTANDING HEARING DATES AND DEADLINES**<br><br>Judge: Hon. Susan Illston (Courtroom 10)<br>[Complaint Filed: June 23, 2010<br>Alameda Sup. Ct. Case No. RG10521927]<br>[Case Removed: July 27, 2010] |

**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann, CA Bar No. 229832
Charlie Z. Stein, CA Bar No. 265361
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
cja@laborgators.com

**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
Melissa M. Harnett, CA Bar No. 164309
Jesse B. Levin, CA Bar No. 268047
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, CA 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 996-8266
mharnett@wccelaw.com

**ATTORNEYS FOR PLAINTIFF PAUL WOOD AND THE PUTATIVE CLASS**

**MUNGER, TOLLES & OLSON LLP**
Katherine M. Forster
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
katherine.forster@mto.com

**ATTORNEYS FOR DEFENDANT THE MARTIN-BROWER COMPANY, L.L.C.**

ORDER

GOOD CAUSE APPEARING as set forth in the Parties' Joint Stipulation to Set Date For Preliminary Approval Hearing, Shorten Notice Period For Plaintiff's Motion For Preliminary Approval, and Vacate All Outstanding Deadlines,

IT IS HEREBY ORDERED THAT:

1. The hearing date for Plaintiff's Motion For Preliminary Approval of Class Action Settlement in the case of *Paul Wood v. The Martin-Brower Company, L.L.C* is set for March ~~18~~ 25, 2011;

2. Plaintiff shall file its Motion For Preliminary Approval of Class Action Settlement no later than February 25, 2011, and Defendant shall file its Statement of Non-Opposition no later than March 4, 2011; and

3. All outstanding deadlines and dates are vacated pending the outcome of Plaintiff's Motion For Preliminary Approval of Class Action Settlement.

**IT IS SO ORDERED.**

Dated, __2/7/__, 2011   _____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE