**FILED**

FEB 24 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

(Attorney Information Listed On Next Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WOOD, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>THE MARTIN-BROWER COMPANY, L.L.C.<br><br>          Defendant. | CASE NO. 3:10-cv-03289-SI<br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER EXTENDING FILING DEADLINE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL AND DEFENDANT'S CORRESPONDING STATEMENT OF NON-OPPOSITION**<br><br>Judge: Hon. Susan Illston (Courtroom 10)<br>[Complaint Filed: June 23, 2010<br>Alameda Sup. Ct. Case No. RG10521927]<br>[Case Removed: July 27, 2010] |

[PROPOSED] ORDER EXTENDING FILING DEADLINES

1 **ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann, CA Bar No. 229832
2 Pablo Orozco, CA Bar No. 274267
1180 South Beverly Drive, Suite 610
3 Los Angeles, CA 90035
Telephone: (310) 277-0614
4 Facsimile: (310) 277-0635
5 cja@laborgators.com

6 **WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
7 Melissa M. Harnett, CA Bar No. 164309
Jesse B. Levin, CA Bar No. 268047
8 5567 Reseda Boulevard, Suite 330
Post Office Box 7033
9 Tarzana, CA 91357-7033
10 Telephone: (818) 705-6800
Facsimile: (818) 996-8266
11 mharnett@wccelaw.com

12 **ATTORNEYS FOR PLAINTIFF PAUL WOOD AND THE PUTATIVE CLASS**

13 **MUNGER, TOLLES & OLSON LLP**
14 Katherine M. Forster
355 South Grand Avenue
15 Thirty-Fifth Floor
16 Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
17 Facsimile: (213) 687-3702
katherine.forster@mto.com
18

19 **ATTORNEYS FOR DEFENDANT THE MARTIN-BROWER COMPANY, L.L.C.**

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXTENDING FILING DEADLINES

## ORDER

GOOD CAUSE APPEARING as set forth in the Parties' Joint Stipulation to Extend the Filing Deadline On Plaintiff's Motion for Preliminary Approval And Defendant's Corresponding Statement of Non-Opposition,

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file its Motion For Preliminary Approval of Class Action Settlement no later than March 4, 2011, and Defendant shall file its Statement of Non-Opposition no later than March 11, 2011; and

**IT IS SO ORDERED.**

Dated, __2/24__, 2011     _____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE