1
2
3
4
5  (Attorney Information Listed on Next Page)
6
7
8
9                   UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11
12

PAUL WOOD, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

THE MARTIN-BROWER
COMPANY, L.L.C.

Defendant.

CASE NO. 3:10-cv-03289-SI

**CLASS ACTION**

**JOINT STIPULATION AND
[~~PROPOSED~~] ORDER MODIFYING
SETTLEMENT SCHEDULE**

Judge: Hon. Susan Illston

1  MUNGER, TOLLES & OLSON LLP
2  Katherine M. Forster
3  355 South Grand Avenue
   Thirty-Fifth Floor
4  Los Angeles, CA 90071-1560
5  Telephone: (213) 683-9100
   Facsimile: (213) 687-3702
6  katherine.forster@mto.com
7
8  ATTORNEYS FOR DEFENDANT THE MARTIN-BROWER COMPANY,
   L.L.C.
9
10 ACKERMANN & TILAJEF, P.C.
   Craig J. Ackermann, CA Bar No. 229832
11 Charlie Z. Stein, CA Bar No. 265361
12 1180 South Beverly Drive, Suite 610
13 Los Angeles, CA 90035
   Telephone: (310) 277-0614
14 Facsimile: (310) 277-0635
15 cja@laborgators.com
16 WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
17 Melissa M. Harnett, CA Bar No. 164309
   Jesse B. Levin, CA Bar No. 268047
18 5567 Reseda Boulevard, Suite 330
19 Post Office Box 7033
20 Tarzana, CA 91357-7033
   Telephone: (818) 705-6800
21 Facsimile: (818) 996-8266
22 mharnett@wccelaw.com
23 ATTORNEYS FOR PLAINTIFF PAUL WOOD AND THE PUTATIVE CLASS
24
25
26
27
28

*Joint Stipulation and [Proposed] Order Modifying Settlement Schedule*

13572B21.1

1    WHEREAS, THE MARTIN-BROWER COMPANY, L.L.C.
2  ("Martin-Brower"), on the one hand, and PAUL WOOD ("Wood" or the "Class
3  Representative"), on behalf of himself and all others similarly situated, on the other
4  hand, agreed on March 1, 2011, that Martin-Brower would have 15 business days
5  following preliminary approval of the Stipulation of Settlement in this matter to
6  prepare and provide to the claims administrator a class database reflecting the
7  names, addresses, SSNs and Qualifying Work Days of the Class Members, and that
8  the claims administrator would have 7 calendar days thereafter to effect the
9  mailing of the Class Notice (see email string attached hereto as Exhibit A);
10    WHEREAS, the parties inadvertently failed to incorporate the above
11  agreement in the [Proposed] Order Grating Preliminary Approval and Setting
12  Settlement Hearing that was submitted to the Court;
13    WHEREAS, the parties also failed to notice this oversight when they
14  prepared the Revised [Proposed] Order Granting Preliminary Approval and Setting
15  Settlement Hearing, which was submitted to the Court and subsequently signed
16  and entered on March 28, 2011;
17    WHEREAS, the parties' March 1 agreement regarding the class
18  database and mailing schedule is required to ensure that the Class Notice includes
19  personalized information regarding the number of Qualifying Work Days and
20  estimated Settlement Sum for each Class Member, in accordance with the
21  Stipulation of Settlement and the Court's Order of March 28, 2011; and
22    WHEREAS, Martin-Brower has confirmed that it is unable to
23  accelerate production of the class database in order to meet the more aggressive
24  notice mailing schedule that the parties inadvertently submitted to the Court;
25  //
26  //
27  //
28  //

*Joint Stipulation and [Proposed] Order Modifying Settlement Schedule*

13572821.1

1         IT IS HEREBY STIPULATED AND AGREED by and between the

2   parties as follows:

3         1.    The settlement schedule shall be modified to reflect the parties'

4   March 1 agreement.  Specifically, paragraph 3 of the Order Granting Preliminary

5   Approval and Setting Settlement Hearing shall be modified to read as follows:

6         Deadlines for the necessary stages leading to final approval are hereby set as

7   follows:

8

| | |
|---|---|
| April 15, 2011 | Deadline for Martin-Brower to provide class database to Claims Administrator |
| April 22, 2011 | Deadline for Claims Administrator to Mail Notice |
| May 1, 2011 | Deadline for Plaintiff's Counsel to File Application for Attorneys' Fees and Costs |
| May 23, 2011 | Last Day for Class Members to Postmark Response to Notice (includes Opt-Outs and Objections) |
| June 3, 2011 | Deadline for Plaintiff's Counsel to File Motion for Final Approval of Class Action Settlement |

25         2.    The first line of paragraph 4 shall be modified to provide as

26   follows: "A hearing shall be held before this Court on June 17, 2011, at 9:00 a.m."

27   //

28   //

*Joint Stipulation and [Proposed] Order Modifying Settlement Schedule*

13572821.1

The rest of paragraph 4 and the remainder of the Order Granting Preliminary Approval and Setting Settlement Hearing shall remain as entered on March 28, 2011.

IT IS SO STIPULATED.

DATED: _3/29_____, 2011          ACKERMANN & TILAJEF, P.C.

By: _____

CRAIG ACKERMANN
PABLO OROZCO
Attorneys for Plaintiff
PAUL WOOD

DATED: _____, 2011          WASSERMAN COMDEN
CASSELMAN & ESENSTEN, LLP

By: _____

MELISSA M. HARNETT
Attorney for Plaintiff
PAUL WOOD

DATED: _____, 2011          MUNGER, TOLLES & OLSON LLP

By: _____

KATHERINE M. FORSTER
Attorney for Defendant
THE MARTIN-BROWER COMPANY,
L.L.C.

1   The rest of paragraph 4 and the remainder of the Order Granting Preliminary

2   Approval and Setting Settlement Hearing shall remain as entered on March 28,

3   2011.

4                                   IT IS SO STIPULATED.

5

6   DATED: _____, 2011              ACKERMANN & TILAJEF, P.C.

7                                   By:   _____

8                                         CRAIG ACKERMANN
                                          Attorney for Plaintiff
9                                         PAUL WOOD

10

11  DATED: ___3-30___, 2011              WASSERMAN COMDEN
                                         CASSELMAN & ESENSTEN, LLP
12
                                    By:   _____
13
                                          MELISSA M. HARNETT
14                                        Attorney for Plaintiff
15                                        PAUL WOOD

16  DATED: _____, 2011              MUNGER, TOLLES & OLSON LLP

17
                                    By:   _____
18
                                          KATHERINE M. FORSTER
19                                        Attorney for Defendant
                                          THE MARTIN-BROWER COMPANY,
20                                        L.L.C.

21

22

23

24

25

26

27

28

*Joint Stipulation and [Proposed] Order Modifying Settlement Schedule*

13572821.1

The rest of paragraph 4 and the remainder of the Order Granting Preliminary

Approval and Setting Settlement Hearing shall remain as entered on March 28,

2011.

IT IS SO STIPULATED.

DATED: _____, 2011                   ACKERMANN & TILAJEF, P.C.

                              By:   _____
                                    CRAIG ACKERMANN
                                    Attorney for Plaintiff
                                    PAUL WOOD

DATED: _____, 2011            WASSERMAN COMDEN
                                        CASSELMAN & ESENSTEN, LLP

                              By:   _____
                                    MELISSA M. HARNETT
                                    Attorney for Plaintiff
                                    PAUL WOOD

DATED: March 30, 2011                   MUNGER, TOLLES & OLSON LLP

                              By:   _____
                                    KATHERINE M. FORSTER
                                    Attorney for Defendant
                                    THE MARTIN-BROWER COMPANY,
                                    L.L.C.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    3/31   , 2011

The Honorable Susan Illston
U.S. District Court Judge

# EXHIBIT A

**Walker, Monica**

**From:**    Forster, Katherine
**Sent:**    Tuesday, March 29, 2011 2:54 PM
**To:**      Walker, Monica
**Subject:** FW: Touching Base

**From:** Pablo Orozco [mailto:orozco.p@gmail.com]
**Sent:** Tuesday, March 01, 2011 12:33 PM
**To:** Forster, Katherine
**Subject:** Re: Touching Base

Ok, will do.

Sent on the Sprint® Now Network from my BlackBerry®

**From:** "Forster, Katherine" <Katherine.Forster@mto.com>
**Date:** Tue, 1 Mar 2011 12:26:14 -0800
**To:** Pablo Orozco<orozco@laborgators.com>
**Subject:** RE: Touching Base

Let's default to 15 business days for MB.  7 calendar days for admin should be plenty since they do not
have to validate the number of work days (how could they?).

**From:** Pablo Orozco [mailto:orozco@laborgators.com]
**Sent:** Tuesday, March 01, 2011 11:41 AM
**To:** Forster, Katherine
**Subject:** RE: Touching Base

Ok. Well, I propose we wait until close of business on Wednesday for that specific term and if
we don't have word yet, we'll give your client 14 days and the settlement administrator another 7
days. Sound good?

**From:** Forster, Katherine [mailto:Katherine.Forster@mto.com]
**Sent:** Tuesday, March 01, 2011 11:37 AM
**To:** Pablo Orozco
**Subject:** RE: Touching Base

I left it because I don't know yet whether we need more time...don't care whether we change it now or wait
until I have word back on how long we really need.

**From:** Pablo Orozco [mailto:orozco@laborgators.com]
**Sent:** Tuesday, March 01, 2011 11:33 AM
**To:** Forster, Katherine
**Subject:** RE: Touching Base

Katherine,

    As a heads up, the Notice Mailing Deadline is still 10 days after Prelim. App. I thought
we were going to extend this deadline by 10 days (or so) to give your client sufficient time to
gather the additional info (ssns, qualified workdays, etc.). If you're swamped, I can make that

3/30/2011

minor change and send it over to you so that you can then forward that version to your client. I will have a finalized draft of the prelim approval motion and corresponding declaration by sometime this afternoon or evening.

**From:** Forster, Katherine [mailto:Katherine.Forster@mto.com]
**Sent:** Tuesday, March 01, 2011 11:11 AM
**To:** Craig Ackermann; Pablo Orozco
**Cc:** Harnett, Melissa; Tatiana Hernandez
**Subject:** RE: Touching Base

I have the redline, just not client approval for it.  Sending redline and revised clean version with that caveat.

**From:** Craig Ackermann [mailto:cja@laborgators.com]
**Sent:** Tuesday, March 01, 2011 11:07 AM
**To:** Pablo Orozco; Forster, Katherine
**Cc:** Harnett, Melissa; Tatiana Hernandez
**Subject:** RE: Touching Base

We also need the red-lined version of the settlement agreement asap.  I don't want to run into the same problem we had last week.  It's already Tuesday.  Can we aim to have the finalized settlement ready for circulation by the end of the day on Wednesday?

**From:** Pablo Orozco [mailto:orozco@laborgators.com]
**Sent:** Tuesday, March 01, 2011 11:04 AM
**To:** Forster, Katherine
**Cc:** Craig Ackermann; Harnett, Melissa; Tatiana Hernandez
**Subject:** Touching Base

Katherine,

Any word on which Claims Administrator we want to use and the revised timeline for gathering and handing over to the Claims Administrator the information to be used in the Notice of Settlement? As soon as we have this information, we can finalize a copy of the preliminary approval motion and supporting declaration for your review.

All the best,
Pablo Orozco
Associate
**Ackermann & Tilajef, P.C.**
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
T. 310.277.0614
F. 310.277.0635
www.laborgators.com

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.872 / Virus Database: 271.1.1/3474 - Release Date: 02/28/11 23:34:00

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.872 / Virus Database: 271.1.1/3466 - Release Date: 02/28/11 23:34:00

No virus found in this incoming message.
Checked by AVG - www.avg.com
3/30/2011

Version: 9.0.872 / Virus Database: 271.1.1/3466 - Release Date: 02/28/11 23:34:00