(Attorney Information Listed on Next Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WOOD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MARTIN-BROWER COMPANY, L.L.C.<br>Defendant. | CASE NO. 3:10-cv-03289-SI<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING FINAL APPROVAL HEARING DATE**<br><br>Judge: Hon. Susan Illston |

```
 1  MUNGER, TOLLES & OLSON LLP
 2  Katherine M. Forster
    355 South Grand Avenue
 3  Thirty-Fifth Floor
 4  Los Angeles, CA 90071-1560
 5  Telephone: (213) 683-9100
    Facsimile: (213) 687-3702
 6  katherine.forster@mto.com
 7
 8  ATTORNEYS FOR DEFENDANT THE MARTIN-BROWER COMPANY,
    L.L.C.
 9
10  ACKERMANN & TILAJEF, P.C.
    Craig J. Ackermann, CA Bar No. 229832
11  Pablo Orozco, CA Bar No. 274267
12  1180 South Beverly Drive, Suite 610
    Los Angeles, CA 90035
13  Telephone: (310) 277-0614
14  Facsimile: (310) 277-0635
15  cja@laborgators.com
16
    WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
17  Melissa M. Harnett, CA Bar No. 164309
    Jesse B. Levin, CA Bar No. 268047
18  5567 Reseda Boulevard, Suite 330
19  Post Office Box 7033
20  Tarzana, CA 91357-7033
    Telephone: (818) 705-6800
21  Facsimile: (818) 996-8266
22  mharnett@wccelaw.com
23
    ATTORNEYS FOR PLAINTIFF PAUL WOOD AND THE PUTATIVE CLASS
24
25
26
27
28
```

WHEREAS, the final approval hearing in this matter is currently set to take place on June 17, 2011;

WHEREAS, under the Class Action Fairness Act ("CAFA"), 28 U.S.C. §§ 1711-15, the final approval hearing must take place no sooner than 90 days after notice of the proposed settlement is given to the appropriate government officials under CAFA; and

WHEREAS, CAFA notice in this matter is being provided on April 7, 2011;

IT IS HEREBY STIPULATED AND AGREED by and between the parties as follows:

1. The settlement schedule shall be modified as follows: Paragraph 3 of the Order Granting Preliminary Approval and Setting Settlement Hearing shall be modified to read as follows:

| | |
|---|---|
| April 15, 2011 | Deadline for Martin-Brower to provide class database to Claims Administrator |
| April 22, 2011 | Deadline for Claims Administrator to Mail Notice |
| May 1, 2011 | Deadline for Plaintiff's Counsel to File Application for Attorneys' Fees and Costs |
| May 23, 2011 | Last Day for Class Members to Postmark Response to Notice (includes Opt-Outs and Objections) |
| June 24, 2011 | Deadline for Plaintiff's Counsel to File Motion for Final Approval of Class Action Settlement |

The first line of paragraph 4 shall be modified to provide as follows: "A hearing shall be held before this Court on July 8, 2011, at 9:00 a.m."  The rest of paragraph 4 and the remainder of the Order Granting Preliminary Approval and Setting Settlement Hearing shall remain as entered on March 28, 2011.

IT IS SO STIPULATED.

DATED: April 6, 2011

ACKERMANN & TILAJEF, P.C.

By: _____
CRAIG ACKERMANN
PABLO OROZCO
Attorney for Plaintiff
PAUL WOOD

DATED: _____, 2011

WASSERMAN COMDEN CASSELMAN & ESENSTEN, LLP

By: _____
MELISSA M. HARNETT
Attorney for Plaintiff
PAUL WOOD

DATED: _____, 2011

MUNGER, TOLLES & OLSON LLP

By: _____
KATHERINE M. FORSTER
Attorney for Defendant
THE MARTIN-BROWER COMPANY, L.L.C.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/8, 2011

_____
The Honorable Susan Illston
U.S. District Court Judge

4 of 4

*Joint Stipulation and [Proposed] Order Modifying Final Approval Hearing Date*

13641797.1

2. The first line of paragraph 4 shall be modified to provide as follows: "A hearing shall be held before this Court on July 8, 2011, at 9:00 a.m." The rest of paragraph 4 and the remainder of the Order Granting Preliminary Approval and Setting Settlement Hearing shall remain as entered on March 28, 2011.

IT IS SO STIPULATED.

DATED: _____, 2011        ACKERMANN & TILAJEF, P.C.

By: _____
CRAIG ACKERMANN
Attorney for Plaintiff
PAUL WOOD

DATED: April 7, 2011        WASSERMAN COMDEN
CASSELMAN & ESENSTEN, LLP

By: _____
MELISSA M. HARNETT
Attorney for Plaintiff
PAUL WOOD

DATED: _____, 2011        MUNGER, TOLLES & OLSON LLP

By: _____
KATHERINE M. FORSTER
Attorney for Defendant
THE MARTIN-BROWER COMPANY, L.L.C.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2011

_____
The Honorable Susan Illston
U.S. District Court Judge

2. The first line of paragraph 4 shall be modified to provide as follows: "A hearing shall be held before this Court on July 8, 2011, at 9:00 a.m." The rest of paragraph 4 and the remainder of the Order Granting Preliminary Approval and Setting Settlement Hearing shall remain as entered on March 28, 2011.

IT IS SO STIPULATED.

DATED: _____, 2011        ACKERMANN & TILAJEF, P.C.

By: _____
CRAIG ACKERMANN
Attorney for Plaintiff
PAUL WOOD

DATED: _____, 2011        WASSERMAN COMDEN
                                  CASSELMAN & ESENSTEN, LLP

By: _____
MELISSA M. HARNETT
Attorney for Plaintiff
PAUL WOOD

DATED: April 7, 2011              MUNGER, TOLLES & OLSON LLP

By: _____
KATHERINE M. FORSTER
Attorney for Defendant
THE MARTIN-BROWER COMPANY, L.L.C.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2011

_____
The Honorable Susan Illston
U.S. District Court Judge