## CERTIFICATION OF SERVICE

I hereby certify that on May 2, 2011, I electronically filed a document entitled "**NOTICE OF MOTION AND MOTION OF PLAINTIFF PAUL WOOD FOR ATTORNEYS' FEES AND COSTS**" with the Clerk of the Court using the CM/ECF system.

                                      Respectfully Submitted,

                                      /s/Melissa Meeker Harnett
                                      Melissa Meeker Harnett

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033