# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| PAUL WOOD, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>THE MARTIN-BROWER COMPANY, L.L.C.,<br><br>  Defendant. | CASE NO. CV 10-3289 SI<br><br>**CLASS ACTION**<br><br>**REVISED [~~PROPOSED~~] ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>[Complaint Filed: June 23, 2010 Alameda Superior Court Case # RG10521927]<br>[Case Removed: July 27, 2010]<br><br>Assigned to the Honorable Susan Illston (Courtroom 10) |

Having read and considered Plaintiff's papers, declarations, exhibits and arguments in support of his unopposed Motion for Attorneys' Fees and Costs, and good cause appearing therefore for the reasons stated therein, the Court grants said motion and finds and orders as follows:

  1.  The Court finds and determines that reasonable attorneys' fees should be awarded to Ackermann & Tilajef, P.C. and Wasserman, Comden, Casselman & Esensten, LLP, counsel for plaintiff Paul Wood, individually and on behalf of all others similarly situated, of 24.545% of the Total Settlement Sum of $697,668.95. Specifically, the Court awards and grants final approval of the sum of $171,250.00

1  from the Total Settlement Sum as attorneys' fees.

2      2.   The Court finds and determines that $5,500 in costs should be awarded to Ackermann & Tilajef, P.C. and Wasserman, Comden, Casselman & Esensten, LLP.  These costs were reasonably incurred by Class Counsel, and Class Counsel shall be reimbursed said costs from the Total Settlement Sum.

DATED: July 11, 2011

_____
HON. SUSAN ILLSTON